# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 24-5054**                  **September Term, 2023**

1:23-cv-03562-RDM

**Filed On:** March 18, 2024

Meta Platforms, Inc.,

        Appellant

    v.

Federal Trade Commission, et al.,

        Appellees

    **BEFORE:**    Millett, Pillard, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for an injunction pending appeal, which includes a request for an administrative stay, it is

**ORDERED** that the administrative proceeding in <u>In the Matter of Facebook, Inc.</u>, FTC File No. C-4365, be administratively stayed pending further order of the court. The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motion for an injunction pending appeal and should not be construed in any way as a ruling on the merits of that motion. <u>See</u> <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 33 (2021). It is

**FURTHER ORDERED**, on the court's own motion, that appellees file a response to the emergency motion by 5:00 p.m. on Thursday, March 21, 2024, and that appellant file any reply by 5:00 p.m. on Friday, March 22, 2024.

                          **Per Curiam**

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

                      BY:    /s/
                                Daniel J. Reidy
                                Deputy Clerk