# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5054**  **September Term, 2023**

1:23-cv-03562-RDM

**Filed On: March 29, 2024** [2047574]

Meta Platforms, Inc.,

    Appellant

    v.

Federal Trade Commission, et al.,

    Appellees

## O R D E R

The notice of appeal was filed on March 15, 2024, and docketed in this court on March 15, 2024. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 29, 2024 |
| Docketing Statement Form | April 29, 2024 |
| Entry of Appearance Form | April 29, 2024 |
| Procedural Motions, if any | April 29, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | April 29, 2024 |
| Statement of Issues to be Raised | April 29, 2024 |
| Transcript Status Report | April 29, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | April 29, 2024 |
| Dispositive Motions, if any | May 13, 2024 |

It is

**FURTHER ORDERED** that appellees submit the documents listed below by the

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5054**　　　　　　　　　　　　　　　　　　　　**September Term, 2023**

dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 29, 2024 |
| Entry of Appearance Form | April 29, 2024 |
| Procedural Motions, if any | April 29, 2024 |
| Dispositive Motions, if any | May 13, 2024 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

　　　　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　Emily K. Campbell
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

The following forms and notices are available on the Court's <u>website:</u>

　　　　<u>Civil Docketing Statement Form</u>
　　　　<u>Entry of Appearance Form</u>
　　　　<u>Transcript Status Report Form</u>
　　　　<u>Request to Enter Appellate Mediation Program</u>
　　　　<u>Notice Concerning Expedition of Appeals and Petitions for Review</u>
　　　　<u>Stipulation to be Placed in Stand-By Pool of Cases</u>