ORAL ARGUMENT NOT YET SCHEDULED
No. 24-5054

# In the United States Court of Appeals For the District of Columbia Circuit

❋

META PLATFORMS, INC.,
*Plaintiff-Appellant*

v.

THE FEDERAL TRADE COMMISSION

– and –

LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,
*Defendants-Appellees.*

❋

**ADDENDUM TO PLAINTIFF-APPELLANT'S UNOPPOSED MOTION TO HOLD APPEAL IN ABEYANCE**

❋

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA No. 1:23-CV-03562-RDM

❋

Paul J. Nathanson
DAVIS POLK & WARDWELL LLP
901 15th Street, NW
Washington, DC 20005
Tel: (202) 962-7000
paul.nathanson@davispolk.com

James P. Rouhandeh
Michael Scheinkman
David B. Toscano
John A. Atchley III
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
rouhandeh@davispolk.com
michael.scheinkman@davispolk.com
david.toscano@davispolk.com
john.atchley@davispolk.com

*Counsel for Plaintiff-Appellant Meta Platforms, Inc.*

## TABLE OF CONTENTS

**Page**

Minute Order (April 16, 2024)..................................................................................A1

**CourtAlert® Case Management**

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | 4/16/2024 3:45:17 PM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:23-cv-03562-RDM META PLATFORMS, INC. v. FEDERAL TRADE COMMISSION et al Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 4/16/2024 at 3:44 PM and filed on 4/16/2024
**Case Name:** META PLATFORMS, INC. v. FEDERAL TRADE COMMISSION et al
**Case Number:** 1:23-cv-03562-RDM
**Filer:**
**Document Number:** No document attached


**Docket Text:**
**MINUTE ORDER: Upon consideration of the parties' meet and confer statement, Dkt. [36], the parties are hereby ORDERED to that the case is STAYED. It is further ORDERED that the parties file a joint status report with the court within 14 days of the Supreme Court's decision in SEC v. Jarkesy, 143 S. Ct. 2688 (2023). Signed by Judge Randolph D. Moss on 4/16/2024. (lcrdm1)**


**1:23-cv-03562-RDM Notice has been electronically mailed to:**

James P. Rouhandeh     rouhandeh@davispolk.com, ecf.ct.papers@davispolk.com

Michael Stuart Scheinkman     michael.scheinkman@davispolk.com, ecf.ct.papers@davispolk.com

Paul Nathanson     paul.nathanson@davispolk.com

Cynthia Liao     cynthia.f.liao@usdoj.gov, fedprog.ecf@usdoj.gov

**1:23-cv-03562-RDM Notice will be delivered by other means to::**

A2