**No. 24-5054**                      **September Term, 2023**

1:23-cv-03562-RDM

Filed On: April 30, 2024 [2051986]

Meta Platforms, Inc.,

         Appellant

    v.

Federal Trade Commission, et al.,

         Appellees

### O R D E R

Upon consideration of appellant's unopposed motion to hold appeal in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case within 21 days of the Supreme Court's disposition of No. 22-859, SEC v. Jarkesy (argued Nov. 29, 2023).

                                                     **FOR THE COURT:**
                                                     Mark J. Langer, Clerk

                               BY:    /s/
                                                    Catherine J. Lavender
                                                    Deputy Clerk