ORAL ARGUMENT NOT YET SCHEDULED
No. 24-5054

# In the United States Court of Appeals For the District of Columbia Circuit

❊

METE PLATFORMS, INC.,
*Plaintiff-Appellant*

v.

THE FEDERAL TRADE COMMISSION

– and –

LINA M. KHAN, REBECCA KELLY SLAUGHTER, and ALVARO BEDOYA, in their official capacities as Commissioners of the Federal Trade Commission,
*Defendants-Appellees.*

❊

**CONSENT MOTION TO GOVERN FUTURE PROCEEDINGS**

❊

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA NO. 1:23-CV-03562-RDM

❊

Joshua M. Salzman
Graham White
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
joshua.m.salzman@usdoj.gov
graham.white@usdoj.gov

*Counsel for Defendants-Appellees*

James P. Rouhandeh
Michael Scheinkman
David B. Toscano
John A. Atchley III
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
rouhandeh@davispolk.com
michael.scheinkman@davispolk.com
david.toscano@davispolk.com
john.atchley@davispolk.com

Paul J. Nathanson
DAVIS POLK & WARDWELL LLP
901 15th Street, NW
Washington, DC 20005
paul.nathanson@davispolk.com

*Counsel for Plaintiff-Appellant*

Pursuant to the Court's April 30, 2024 Order granting Appellant Meta Platforms, Inc.'s ("Meta") unopposed motion to hold the appeal in abeyance, the Parties respectfully request that the Court continue to hold this appeal in abeyance pending resolution of Defendant-Appellees' forthcoming renewed motion to dismiss in the District Court.

This appeal arises from the District Court's denial of Meta's motion for a preliminary injunction. *See Meta Platforms, Inc. v. FTC*, No. 23-3562, 2024 WL 1121424, at *22 (D.D.C. March 14, 2024). In the same decision, the District Court also denied the Defendant-Appellees' motion to dismiss. *Id.* The District Court denied that motion without prejudice, concluding that "it would be premature to dismiss Meta's claims before the Supreme Court has issued its decision" in *SEC v. Jarkesy*, as "it is possible that the Supreme Court's decision may have some bearing on this case." *Id.* The District Court stayed the underlying action pending the Supreme Court's decision,[1] and this Court did the same as to the instant appeal.[2]

On June 27, the Supreme Court issued its decision in *Jarkesy*, *see* 144 S. Ct. 2117, 603 U.S. ___ (2024), and Defendant-Appellees intend to file a renewed

---

[1] *See* Minute Order, *Meta Platforms*, No. 23-3562 (D.D.C. Apr. 16, 2024).

[2] *See* Order, *Meta Platforms, Inc. v. FTC*, No. 24-5054 (D.C. Cir. Apr. 30, 2024)

motion to dismiss in the District Court, *see* Joint Status Report, *Meta Platforms, Inc. v. FTC*, No. 23-3562, Dkt. No. 37 (D.D.C. July 11, 2024). The District Court has issued a scheduling order for the renewed motion with briefing through October 4, 2024. *See* Minute Order, *Meta Platforms, Inc. v. FTC*, No. 23-3562 (D.D.C. July 12, 2024).

The Parties respectfully request that this Court continue the current stay of proceedings pending a decision by the District Court on Defendant-Appellees' forthcoming renewed motion to dismiss. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. American Co.*, 299 U.S. 248, 254 (1936); *see also Ctr. for Biological Diversity v. EPA*, 56 F.4th 55, 70-71 (D.C. Cir. 2022) ("As a general matter, we may manage our docket as we see fit."). In deciding whether to grant a stay, a court must weigh any competing interests, *Landis*, 299 U.S. at 254-55, and may, in its discretion, grant a stay to promote judicial efficiency, *see Ctr. for Biological Diversity*, 56 F.4th at 70-71.

Here, continuing the stay of proceedings will accomplish the goal of judicial efficiency. Defendant-Appellees' renewed motion to dismiss will, at a minimum, allow the District Court to address *Jarkesy* in the first instance. That forthcoming motion could also give rise to a second appeal raising similar questions to the

2

instant appeal concerning the state of the law and how it applies to Meta's claims. The Parties submit that, under these circumstances, it would be more efficient to continue the stay of this appeal until that motion is resolved. *See Mahaffey v. Bechtel Assocs. Pro. Corp*, 699 F.2d 545, 546-47 (D.C. Cir. 1983) (stay would "conserve court resources").

Accordingly, the Parties respectfully request an order continuing to hold the appeal in abeyance pending the District Court's resolution of Defendant-Appellees' forthcoming renewed motion to dismiss.

DATED: July 18, 2024

Respectfully submitted,

*/s/ James P. Rouhandeh*

James P. Rouhandeh
Michael Scheinkman
David B. Toscano
John A. Atchley III
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
rouhandeh@davispolk.com
michael.scheinkman@davispolk.com
david.toscano@davispolk.com
john.atchley@davispolk.com

Paul J. Nathanson
DAVIS POLK & WARDWELL LLP
901 15th Street, NW
Washington, DC 20005
paul.nathanson@davispolk.com

*Counsel for Plaintiff-Appellant*

3

*/s/ Graham White*

Joshua M. Salzman
Graham White
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
joshua.m.salzman@usdoj.gov
graham.white@usdoj.gov

*Counsel for Defendants-Appellees*

4

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this document contains 550 words excluding parts of the brief exempted by Federal Rule of Appellate Procedure 32(f) and D.C. Circuit Rule 32(e)(1).

This document complies with the typeface and type style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman Font.

Dated: July 18, 2024   */s/ James P. Rouhandeh*

_____
James P. Rouhandeh
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
rouhandeh@davispolk.com

*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I certify that on July 18, 2024, I filed the foregoing Motion via the appellate CM/ECF system of the United States Court of Appeals for the District of Columbia Circuit. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: July 18, 2024

*/s/ James P. Rouhandeh*

_____

James P. Rouhandeh
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
rouhandeh@davispolk.com

*Counsel for Plaintiff-Appellant*