**No. 24-5054**                                  **September Term, 2023**

1:23-cv-03562-RDM

Filed On: July 24, 2024 [2066326]

Meta Platforms, Inc.,

       Appellant

   v.

Federal Trade Commission, et al.,

       Appellees

## O R D E R

Upon consideration of the consent motion to govern future proceedings, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings within 30 days of the district court's disposition of the forthcoming renewed motion to dismiss.

                                                            **FOR THE COURT:**
                                                            Mark J. Langer, Clerk

                                       BY:   /s/
                                                        Catherine J. Lavender
                                                        Deputy Clerk