[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

META PLATFORMS, INC.,
a corporation,

    Plaintiff-Appellant,

v.

FEDERAL TRADE COMMISSION, et al.,

    Defendants-Appellees.

No. 24-5054

**MOTION FOR WITHDRAWAL OF COUNSEL**

Anna Stapleton, who previously entered an appearance as counsel for the government, has terminated her employment with the United States Department of Justice. We accordingly respectfully move the Court to remove her from the docket as counsel in this matter. The government will continue to be represented by the remaining counsel who have appeared for the Commissioner in this matter.

Respectfully Submitted,

 *s/ Joshua M. Salzman*
JOSHUA M. SALZMAN
   *Attorney, Appellate Staff*
   *Civil Division, Room 7258*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   *(202) 532-4747*
   *Joshua.M.Salzman@usdoj.gov*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing response complies with the type-volume requirements of Federal Rule of Appellate Procedure 27(d) because it is 60 words.

*/s/ Joshua M. Salzman*
Joshua M. Salzman
